560

86 A.3d 863

### In the Interest of N.C., a Minor.

### Petition of Commonwealth of Pennsylvania.

Supreme Court of Pennsylvania.

March 7, 2014.

## ORDER

PER CURIAM.

**AND NOW,** this 7th day of March, 2014, the Petition for Allowance of Appeal is **GRANTED.** The issue as stated by petitioner is:

(1) Whether an alleged delinquent's Sixth Amendment Confrontation Clause rights were violated by the admission of a video-taped forensic interview when defense counsel did not attempt to cross-examine the victim at the contested hearing.